1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10   JOSEPH A. ALLEN,                )  Case No.  WD 11-4056-SJO (PJW)
                                     )
11                   Plaintiff,      )
                                     )  J U D G M E N T
12            v.                     )
                                     )
13   TIM VIRGA, et al.,              )
                                     )
14                   Defendants.     )
15   _____)
16        Pursuant to the Order Granting Plaintiff's Request to Dismiss the
17   Action,
18        IT IS ADJUDGED that the action is dismissed without prejudice.
19
20        DATED:    April 5, 2012.
21
22                                    S. James Otero
23
24                                   _____
                                      S. JAMES OTERO
25                                    UNITED STATES DISTRICT JUDGE
26
27
28