UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. ALLEN,<br><br>           Plaintiff,<br><br>    v.<br><br>TIM VIRGA, et al.,<br><br>           Defendants. | Case No. WD 11-4056-SJO (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Granting Plaintiff's Request to Dismiss the Action,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 5, 2012.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE